

FILED
CLERK, U.S. DISTRICT COURT

AUG 10 2021

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

JOSE DANIEL VASQUEZ-SALGADO,

          Defendant.

Case No. 8:21-MJ-00547

ORDER OF DETENTION AFTER HEARING

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of his/her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

    A.  (x)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

    B.  (x)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

1

1    any other person or the community if released under 18 U.S.C. § 3142(b) or

2    (c).

3        These findings are based on: *nature of current allegations which includes failure*

4    *to comply with terms of supervised release including to report to probation; nature of*

5    *previous criminal history; and lack of verified background.*

6        IT THEREFORE IS ORDERED that the defendant be detained pending the

7    preliminary hearing and/or final revocation proceedings in the charging district.

8

9    Dated:  8/20/21

      HONORABLE AUTUMN D. SPAETH
      United States Magistrate Judge